# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## COURT FILE NO.: 1:16-CV-06789-NLH-KMW

| | |
|---|---|
| CHRISTINA PEREZ,<br><br>                    Plaintiff,<br>v.<br><br>SAGE CAPITAL RECOVERY, LLC.<br><br>                    Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and her attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: December 23, 2016

*/s / Mikhail Usher* .
Mikhail Usher, Esq.
USHER LAW GROUP, P.C.
Attorneys for Plaintiff
2711 Harway Avenue
Brooklyn, New York 11214
Telephone:  (718) 484-7510
Facsimile:   (718) 865-8566
musheresq@gmail.com